**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KEVIN MCDONALD,

        Plaintiff,

v.                                                                         Case No:  6:17-cv-925-Orl-40GJK

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

        Defendant.
_____/

**ORDER**

The Court has been advised by the parties that the above-styled action has been settled. (Docs. 23 and 24). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on October 30, 2017.

                                                                   PAUL G. BYRON
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties